JOHN W. HUBER, United States Attorney (No. 7226)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9777)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2016 APR 27 P 4: 19

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIOS. |
| vs. | 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; [Count I]; |
| MIGUEL ISAAC LUCERO | 21 U.S.C. § 841(a) – Possession of Controlled Substance with intent to distribute [Count II]; |
| Defendant. | 18 U.S.C. § 924 (c) Possession of Firearm in Furtherance of Drug Trafficking [Count III]. |
| | Case: 1:16cr00022<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 4/27/2016<br>Description: |

The Grand Jury charges:

## COUNT I

On or about January 2, 2016 in the Northern Division of the District of Utah,

**MIGUEL ISAAC LUCERO,**

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one (1) year, did knowingly possess and receive in and affecting interstate

commerce a firearm, to wit: a Walther .22 cal firearm in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

On or about January 2, 2016 in the Northern Division of the District of Utah,

**MIGUEL ISAAC LUCERO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute more than (50) fifty grams of methamphetamine, a schedule II controlled substance within in the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1) and 18 USC § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT III

On or about January 2, 2016 in the Northern Division of the District of Utah,

**MIGUEL ISAAC LUCERO,**

the defendant herein, did knowingly possess a firearm, to wit: a Walther .22 caliber handgun, during and in relation to a drug trafficking crime, to wit: possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as alleged in Count II of this Indictment, which Count is incorporated herein by reference; all in violation of and punishable pursuant to 18 U.S.C. § 924(c).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in this indictment, the defendant, MIGUEL ISAAC LUCERO, shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to, the following property:

- $1,702 in United States Currency;

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) and 21 U.S.C. § 853.

A TRUE BILL:

/S/
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

/S/ Branden B. Miles
BRANDEN B. MILES
Special Assistant United States Attorney